JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. GEM AND JEWELRY DESIGN, INC., a California Corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>06012018.COM LLC d/b/a Tanga.com and BelleChic, a Delaware Limited Liability Company; 06012018.COM LLC d/b/a Tanga.com and BelleChic, a Utah Limited Liability Company; JEREMY YOUNG, an individual; and DOES 1-10,<br><br>       Defendants. | CASE NO.:  2:19-CV-10963 DSF (GJSx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT JEREMY YOUNG**<br><br>**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

-1-
**ORDER**

Upon review of the Stipulation for Dismissal of Defendant JEREMY YOUNG, and finding the relief requested appropriate,

IT IS ORDERED that the above-referenced action is dismissed as to JEREMY YOUNG, with prejudice, and that this court shall retain jurisdiction over any disputes relating to the settlement agreement reached in this matter.

Each party is to bear its own costs and attorneys' fees incurred in this Action.

**IT IS SO ORDERED.**

Dated:  August 23, 2021

_____
Honorable Dale S. Fischer
U.S. District Court Judge